FILE COPY

No. 07-15-00283-CR

| | | |
|---|---|---|
| Jeena Roberts<br>  Appellant | § | From the 140th District Court<br>  of Lubbock County |
| | § | |
| v. | | June 28, 2017 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated June 28, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o